**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JOSEPH FRASCOGNA,

    Plaintiff,

v.                                       CASE NO.:  5:17-cv-00498-JSM-PRL

SANTANDER CONSUMER USA, INC.,

    Defendant.

---

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, JOSEPH FRASCOGNA, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, JOSEPH FRASCOGNA, and Defendant, SANTANDER CONSUMER USA, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                    */s/Amanda J. Allen, Esq.*
                    **Amanda J. Allen, Esq**.
                    Florida Bar No.:  98228
                    THE CONSUMER PROTECTION FIRM, PLLC
                    4030 Henderson Blvd.
                    Tampa, FL 33629
                    Telephone: (813) 500-1500
                    Facsimile: (813) 435-2369
                    Amanda@TheConsumerProtectionFirm.com
                    Shenia@TheConsumerProtectionFirm.com
                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on June 6, 2018, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                         */s/Amanda J. Allen, Esq.*
                        **Amanda J. Allen, Esq.**
Florida Bar No.: 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*